UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARON WESLEY WYATT                                    Case No. 1:22-cv-06366-DLC

                Plaintiff,                          **STIPULATON OF**
                                                      **DISMISSAL**
      v.                                              **WITH PREJUDICE**

MARCUM, LLP,

                Defendant.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that this action and any and all causes of action, claims, and counter-claims that were or could have been asserted by and between Plaintiff and Defendant are hereby mutually dismissed, with prejudice, as against the other, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii); and

**IT IS FURTHER STIPULATED AND AGREED**, that a copy of this stipulation including counterparts and PDF signatures may be deemed originals for all purposes.

Dated: New York, New York
         September 27, 2022


FACCA, RICHTER & PREGLER, P.C.                        HINSHAW & CULBERTSON LLP


*/s/ Gerald J. Richter*                               *s/Matthew C. Ferlazzo*
      Gerald J. Richter                                    Matthew C. Ferlazzo
6050 Livernois                                        800 Third Avenue, 13th Floor
Troy, MI 48098                                        New York, NY 10022
Telephone: (248) 813-9900                             Telephone: (212) 471-6227
grichter@frplaw.com                                   mferlazzo@hinshawlaw.com
*Attorneys for Plaintiff*                             *Attorneys for Defendant*


So ordered.

*[signature]*
9/28/22